UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:

BRANDON M. ROSENBERG,                              Case No. 10-14231-MSH
                                                   Chapter 7
        Debtor.

_____

BRANDON M. ROSENBERG,

        Plaintiff,

        v.                                          Adv. Proc. No. 18-01079-MSH

NAVIENT SOLUTIONS, LLC et al.,

        Defendants.

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE

The undersigned hereby withdraws as local counsel for the United States of America, on

behalf of the Department of Education, in the above-captioned matter.

                                        Respectfully submitted,

                                        UNITED STATES OF AMERICA
                                        By its attorneys

                                        ANDREW E. LELLING
                                        United States Attorney

Date:   August 6, 2018          By:     /s/ Raquelle L. Kaye
                                        RAQUELLE L. KAYE
                                        Assistant United States Attorney
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        Tel. No. (617) 748-3403
                                        raquelle.kaye@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Raquelle L. Kaye, hereby certify that on <u>August 6, 2018</u> I electronically filed the foregoing document with the U.S. Bankruptcy Court for the District of Massachusetts by using the CM/ECF system.  The foregoing document will be electronically sent to the parties who are currently on the list to receive e-mail notices in this case.

Date:   August 6, 2018                           /s/ Raquelle L. Kaye
                                                 RAQUELLE L. KAYE