# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# Eastern Division

| | |
|---|---|
| In re: ) | |
| ) | Bankr. Case No.: 10-14231-MSH |
| BRANDON ROSENBERG, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| BRANDON ROSENBERG, ) | Adv. Proc. No.: 18-01079-MSH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NAVIENT SOLUTIONS, LLC, and ) | |
| EDUCATIONAL CRED MANAGEMENT ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## AGREEMENT FOR JUDGMENT

Brandon Rosenberg, ("Plaintiff"), and Navient Solutions, LLC ("Navient"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On April 20, 2010, Plaintiff filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. A discharge of eligible debts was entered on July 26, 2010 and the bankruptcy was reopened on June 14, 2018.

2. On June 19, 2018, Plaintiff filed a Complaint, naming, *inter alia*, Navient Solutions, LLC as a Defendant, seeking a discharge of educational loan debt under 11 U.S.C. § 523(a)(8).

3. On July 18, 2018, Navient filed its Answer to Plaintiff's Complaint.

4. Plaintiff is indebted to Navient pursuant to the applicable terms of three (3) Promissory Notes ("Notes") executed by Plaintiff to obtain educational loans ("Educational Loans") with approximate balances, on or around July 11, 2018, as follows:

   a) one (1) Signature Student loan disbursed September 18, 2003, with a balance, including principal, interest and fees, totaling $4,350.35;

   b) one (1) Signature Student loan disbursed December 18, 2003, with a balance, including principal, interest and fees, totaling $7,741.74; and

   c) one (1) Signature Student loan disbursed September 20, 2004, with a balance, including principal, interest and fees, totaling $15,436.93.

5. As of July 11, 2018, there was a balance due and owing on the Educational Loans evidenced by the Promissory Notes, including principal, interest and fees, in the aggregate amount of $27,529.02 ("Outstanding Balance"), with a variable interest rate, and with interest accruing thereafter pursuant to the Promissory Notes.

6. The Outstanding Balance is currently due and owing on the Educational Loans evidenced by the Promissory Notes, and the Educational Loans evidenced by the Promissory Notes are non-dischargeable educational loans, pursuant to 11 U.S.C. §523(a)(8).

7. For so long as Plaintiff does not default under this Agreement for Judgment, the balance shall be reduced to $24,022.00 ("Reduced Balance"), and the variable interest rate shall be reduced to a fixed rate of 2% ("Reduced Interest"), and Plaintiff shall repay the Reduced Balance at the Reduced Interest rate as follows: $175.00 per month for a period of one hundred and fifty-six (156) consecutive months. The first monthly payment is due to be received by Navient on or before December 20, 2018, with subsequent payments to be received on the twentieth (20th) day of each month thereafter.

8. Plaintiff has the option of making the payments pursuant to this Agreement to Judgment by mail or by online payment. Any payments made by mail shall be mailed to "Navient Solutions, LLC, P.O. Box 9000, Wilkes-Barre PA 18773-9000", or to any other address provided to the Plaintiff by Navient in writing. Plaintiff should note his ten digit account number, ******1390 (redacted here for privacy reasons) on the payments made by mail. Any online payments should be made at the Navient website at www.navient.com, or to any other website address provided to the Plaintiff by Navient in writing.

9. The following shall be Events of Default hereunder:

   a) Plaintiff shall fail to make any payment due hereunder within thirty (30) days of the due date, without securing Navient's agreement to a forbearance of such payment(s); or

   b) Plaintiff commences any further legal proceedings against Navient, its successors or assigns, seeking discharge of debt.

10. Upon the occurrence of an Event of Default under this Agreement for Judgment, pursuant to Paragraph 9 of this Agreement, any forgiveness of the principal and interest is revoked, and the Plaintiff will be liable for the full amount of the Outstanding Balance plus interest pursuant to the applicable terms of the Promissory Notes (less any payments made hereunder which, following default shall be applied first to interest that would have accrued had this Agreement for Judgment not been in effect, and then to principal).

11. There is no penalty for prepayment under this Agreement for Judgment, but any prepayment, unless it is payment in full, does not relieve the Plaintiff of the obligation to make ongoing monthly payments.

12. In the event the Plaintiff, pursuant to applicable Navient policy and the terms of the Promissory Notes, qualifies for, or the parties agree to, any deferment or forbearance of payment obligations, after this Agreement for Judgment is approved, interest will continue to accrue during the time of any such deferment or forbearance, at the interest rate stated herein, so that the total amount to be repaid, and the monthly payments required, may increase from that stated herein.

13. Should any issues arise, related to billing or repayment of loans subject to this agreement, wherein the Plaintiff believe that billing or collection efforts related to loans subject to this agreement are not in accordance with this Agreement for Judgment, the Plaintiff agrees that such issues should be directed to a Supervisor or Manager in Navient's Bankruptcy Litigation Unit, who may be reached at 1-800-251-4127, or to any other telephone number provided by Navient in writing, or in response to a specific borrower inquiry. The parties understand that any such communications, if not directed as specified in this Paragraph, may not be addressed in a timely manner, or in a manner specifically in accordance with this Agreement for Judgment.

14. Except as provided in this Agreement for Judgment, all other terms of the Promissory Notes remain in effect and are hereby incorporated by reference.

15. Any amendment, modification, or waiver of any term or condition of this Agreement for Judgment must be made in writing and signed by all parties hereto.

16. This Agreement for Judgment may be executed in counterparts, or by facsimile, each of which shall constitute an original, but all of which together shall constitute one and the same Agreement for Judgment.

17. Upon approval of this Agreement to Judgment, the parties agree to a dismissal of Navient Solutions, LLC from this adversary proceeding, subject to the terms and conditions of this Agreement for Judgment.

WHEREFORE, the parties to this Agreement to Judgment pray this Honorable Court for an Order approving this Agreement to Judgment and dismissing Navient Solutions, LLC from the above-captioned adversary proceeding.

By:     /s/ Austin C. Smith

        Austin C. Smith  (*pro hac vice*)
        Smith Law Group
        3 Mitchell Place
        New York, NY 10017
        Telephone: 917-992-2121
        Email: austin@acsmithlawgroup.com
        Attorneys for Plaintiff

By:     /s/  Richard L. Blumenthal
        Richard L. Blumenthal BBO #047150
        Law Offices of Richard L. Blumenthal
        51 Winchester Street, Suite 205
        Newton, MA  02461
        Telephone:  (617) 527-1150
        Facsimile: (617) 964-8676
        Email:RichardLBlumenthal@gmail.com
        Attorneys for Navient Solutions, LLC